ROBERT J. HELBOCK, JR. *††
JOSEPH A. NAPPA
MARIO F. GALLUCCI *††

Louis M. Gelormino †

* Admitted in NJ
† Admitted to Federal Court in NY
†† Admitted to Federal Court in NY & NJ



HELBOCK, NAPPA & GALLUCCI, LLP
ATTORNEYS AT LAW

Of Counsel:

Matthew J. Santamauro

February 29, 2012

VIA ECF

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

       Re: United States v. Nader Allan
         Criminal Docket No. 11-CR-457 (FB)

Dear Judge Block:

  I am writing to respectfully request for the Court's consent for my client, Nader Allan, to travel to Cancun, Mexico on April 18, 2012 and return on April 23, 2012.  His brother Samer Allan will be getting married and he is the best man (a copy of the wedding invitation is attached).  Mr. Allan's contact phone number is 917-617-9786.

  This office has contacted the Assistant U.S. Attorney, Karin Orenstein, and she has no objection if Pre-trial consents.  We have contacted Ms. Laura Fahmy-Tranchina from Pre-trial Services and she takes no position.

  In addition, we are requesting permission for the retrieval of Mr. Allan's passport, which has been surrendered to Pre-trial Services.

  We thank you for your time and consideration.

             Respectfully submitted,

             Mario F. Gallucci  (MG1473)
             Attorney for Defendant Nader Allan

MFG/mb
cc: Karin Orenstein, AUSA  -  Via ECF
   Laura Fahmy-Tranchina, Pre-trial Services  -  Via Fax  to:  718-804-2781

2550 Victory Blvd. • Suite 306 • Staten Island, NY 10314 • Phone: (718) 273-9000 • Fax: (718) 816-0718 • www.HNGLAW.com

Re: Nader Allan

saturday, the twenty-first of april, two thousand and twelve

at half past five in the evening

---✺---

together with their families,

## lauren michael & samer allan

request the pleasure of your company

at their wedding

excellence resort | playa mujeres | cancun, mexico